UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABELARDO MORALEZ,

                    Plaintiff,

v.

MICHAEL SHANNON MOORE,
THOMAS WILSON, AMANDA RISKA,
ROBERT D. MOORE, JASON GANZHORN,
RICHARD MICHAEL KLIMMER,
GERALD WHALEN, GLENN J. PAGE,
PATRICK BURTCH, JENNY MORRIS,
SHERIDAN SURVEYING, P.C.,
THOMAS TINKLEPAUGH, and
ADAM BROOKER,

                    Defendants.

Case No. 2:17-cv-10567
District Judge Laurie J. Michelson
Magistrate Judge Anthony P. Patti

_____/

## ORDER DENYING PLAINTIFF'S MAY 31, 2017 DISCOVERY-RELATED MOTIONS (DEs 36 and 39)

Plaintiff filed this lawsuit *in pro per* on February 21, 2017. On May 31, 2017, Plaintiff filed several matters, including: **(1)** a "dispositive pretrial motion for discovery counter motions for dismissal concurrences with writ of manifest error brief in support of trial by a jury[,]" (DE 36); **(2)** a motion for Defendant Gerald Whalen of the Michigan Liquor Control Commission to revoke Defendant Michael Shannon Moore's state license to operate "taxed spirits, beer [and] wine" from Moorski's Pub in Jackson, Michigan (DE 37); **(3)** a motion for preliminary injunction and temporary restraining order pursuant to Fed. R. Civ. P. 65 (DE 38);

1

and **(4)** a motion for interrogatories, which sets forth five interrogatories as to five different defendants (DE 39). Responses to these motions have been filed. (DEs 51, 55, 62; DE 54; DEs 53, 57; DEs 52, 56, 62.)

On June 13, 2017, this Court granted Plaintiff's request for oral argument (*see* DE 40 at 2) and noticed these motions for a June 21, 2017 hearing. (DE 50.) On the date set for hearing, Plaintiff appeared, as did the following defense attorneys: Brendon R. Beer (for Michael Shannon Moore and Robert D. Moore); Rhonda R. Stowers (for Ganzhorn, Klimmer, Burtch, Morris, Tinklepaugh and Brooker); Jason A. Geissler (for Whalen); and Elizabeth R. Husa Briggs (for Page).[1] The Court entertained oral argument as to each of the motions before it.

Upon consideration of the motion papers and the parties' oral argument, and consistent with my statements from the bench, all of which are incorporated herein by reference, Plaintiff's May 31, 2017 discovery-related motions (DEs 36 and 39) are **DENIED**. A report and recommendation as to the other May 31, 2017 motions (DEs 37 and 38), each of which seeks injunctive relief, will issue separately.

**IT IS SO ORDERED.**

Dated: June 22, 2017                s/Anthony P. Patti
                                                      Anthony P. Patti
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The non-appearance of Defendant Sheridan Surveying, P.C., will be addressed separately.

## **Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on June 22, 2017, electronically and/or by U.S. Mail.

s/Michael Williams  
Case Manager for the  
Honorable Anthony P. Patti